UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ESRA OZER,

                        Plaintiff,

    -against-

HOWMET AEROSPACE, INC.,

                       Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 5638 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 22, 2021, I held a telephonic status conference in the above-captioned matter. The discovery cut-off is December 31, 2021. This date is not adjournable. Parties shall meet for two hours on January 6, 2022. Parties are hereby ordered to appear for a status conference on January 14, 2022 at 10 a.m.

        SO ORDERED.

Dated:    October 22, 2021                /s/ Alvin K. Hellerstein
            New York, New York         ALVIN K. HELLERSTEIN
                                           United States District Judge